AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

RYAN LEE,

              Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.;
JOHNSON MARK, LLC; and ABC LEGAL
SERVICES,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:25-cv-00540-TC-DBP

IT IS ORDERED AND ADJUDGED

That the claims against Defendant Johnson Mark, LLC are dismissed without prejudice for insufficient service of process and that the claims against Defendants Capital One Bank (USA), N.A. and ABC Legal Services are dismissed with prejudice for failure to state a claim upon which relief may be granted.

March 11, 2026

*Date*

BY THE COURT:

Tena Campbell
United States District Judge